# United States District Court
# For The Western District of North Carolina
# Asheville Division

Janice S. Swink ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                               1:11-cv-266

Michael J. Astrue,
Commissioner of Social Security

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/17/12 Order of Remand.

                                     Signed: April 17, 2012

                                     Frank G. Johns, Clerk
                                     United States District Court